31-AUG-2007 11:10   ERSTE-SPARINVEST   ++43 50100   S.01/01

## VERIFICATION

Dr. Franz Gschiegl and Mag. Winfried Buchbauer, on behalf of ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H. ("ERSTE-SPARINVEST"), verify that they have reviewed the foregoing Verified Shareholder Derivative Complaint, and that the allegations as to themselves, and ERSTE-SPARINVEST, and their own actions are true and correct and that the other allegations upon information and belief are true and correct.

Dated: August 31st, 2007

_____
Dr. Franz Gschiegl, Managing Director
ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H.

_____
Mag. Winfried Buchbauer, Legal Counsel
ERSTE-SPARINVEST Kapitalanlagegesellschaft m.b.H.

GESAMTSEITEN 01