UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of TELIK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL M. WICK, CYNTHIA M. BUTITTA, MARC L. STEUER, EDWARD W. CANTRALL, ROBERT W. FRICK, STEVEN R. GOLDRING, MARY ANN GRAY, RICHARD B. NEWMAN, STEFAN RYSER, REINALDO F. GOMEZ, GAIL L. BROWN, and HERWIG VON MORZE,<br><br>    Defendants,<br><br>and<br><br>TELIK, INC.<br><br>    Nominal Defendant. | Judge Pauley<br><br>07 CIV 7881<br><br>RULE 7.1 STATEMENT<br><br> |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Erste-SparInvest Kapitalanlagegesellschaft m.b.H. ("Erste-SparInvest") (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1. Erste-Bank der östereichischen Sparkassen AG, which is publicly held, is Erste-SparInvest's main corporate parent.

Dated: September 6, 2007

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: /s/ *signature*
Seth D. Rigrodsky (SR-9430)
Brian D. Long
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

**MOTLEY RICE LLC**
Ann K. Ritter
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Tel.: (843) 216-9000
Fax: (843) 216-9450

-- and --

**MOTLEY RICE LLC**
James M. Evangelista (JE-1246)
600 West Peachtree Street, Suite 800
Atlanta, GA 30308
Tel.: (404) 201-6900
Fax: (404) 201-6959

*Attorneys for Plaintiff*