AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ERSTE-SPARINVEST
KAPITALANLAGEGESELLSCHAFT m.b.H.

V.

MICHAEL M. WICK, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CIV 7881

Judge Pauley

TO: (Name and address of Defendant)

Reinaldo F. Gomez
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth D. Rigrodsky, Esq.
Rigrodsky & Long, P.A.
919 N. Market Street, Suite 980
Wilmington, DE 19801
(302) 295-5310

an answer to the complaint which is served on you with this summons, within \_\_\_\_20\_\_\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

SEP 0 7 2007

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 9/12/07 |
| NAME OF SERVER (PRINT) SHANE HANDLIN | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Personally served Reinaldo F Gomez by serving the registered agent, The Prentice-Hall Corporation System, Inc. at 2711 Centerville Rd, Wilm DE 19808 at 4:05 PM. Person Accepting: Mary Drummond

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/12/07
             Date

Signature of Server: Shane Handlin

Address of Server: 230 N Market St, Wilm DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.