UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of TELIK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. WICK,<br>CYNTHIA M. BUTITTA,<br>MARC L. STEUER,<br>EDWARD W. CANTRALL,<br>ROBERT W. FRICK,<br>STEVEN R. GOLDRING,<br>MARY ANN GRAY,<br>RICHARD B. NEWMAN,<br>STEFAN RYSER,<br>REINALDO F. GOMEZ,<br>GAIL L. BROWN,<br>and HERWIG VON MORZE,<br><br>Defendants,<br><br>and<br><br>TELIK, INC.<br><br>Nominal Defendant. | Civil Action No. 07-CV-7881 (CM) |

### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Seth D. Rigrodsky and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Ann K. Ritter
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
Tel.: (843) 216-9000
Fax: (843) 216-9430

Ann K. Ritter is a member in good standing of the Bars of the State of South Carolina and the State of Tennessee. There are no pending disciplinary proceedings against Ann K. Ritter in any State or Federal Court.

Dated: November 7, 2007
Wilmington, Delaware

Respectfully submitted,

RIGRODSKY & LONG, P.A.

By: _____
Seth D. Rigrodsky (SR/9430)
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

*Attorney for Plaintiff*

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that ANN KIMMEL (RITTER) is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 27, 1982.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 1st day of November, 2007.

Michael W. Catalano, Clerk

By *Lisa Marsh* D.C.

# 𝔗𝔥𝔢 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔖𝔬𝔲𝔱𝔥 ℭ𝔞𝔯𝔬𝔩𝔦𝔫𝔞

## Certificate of Good Standing

I, Daniel E. Shearouse, Clerk of the Supreme Court of South Carolina, do hereby certify that Ann Kimmel Ritter was admitted as an attorney in this state on March 9, 1987, and is currently an active member of the South Carolina Bar.

DANIEL E. SHEAROUSE, CLERK

BY *Gayle B. Watts*
DEPUTY CLERK FOR BAR ADMISSIONS

Columbia, South Carolina

October 26, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERSTE-SPARINVEST ) <br> KAPITALANLAGEGESELLSCHAFT ) <br> m.b.H., Derivatively on Behalf ) <br> of TELIK, INC., ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL M. WICK, ) <br> CYNTHIA M. BUTITTA, ) <br> MARC L. STEUER, ) <br> EDWARD W. CANTRALL, ) <br> ROBERT W. FRICK, ) <br> STEVEN R. GOLDRING, ) <br> MARY ANN GRAY, ) <br> RICHARD B. NEWMAN, ) <br> STEFAN RYSER, ) <br> REINALDO F. GOMEZ, ) <br> GAIL L. BROWN, ) <br> and HERWIG VON MORZE, ) <br> ) <br>         Defendants, ) <br> ) <br> and ) <br> ) <br> TELIK, INC. ) <br> ) <br>         Nominal Defendant. ) | Civil Action No. 07-CV-7881 (CM) |

**AFFIDAVIT OF SETH D. RIGRODSKY**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of Delaware      )
                                  ) ss.
County of New Castle  )

       Seth D. Rigrodsky, being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Ann K. Ritter as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the State of New York, and was admitted to practice law in June 1991. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ann K. Ritter since 2006.

4. Ms. Ritter is a partner in the law firm of Motley Rice LLC in Charleston, South Carolina.

5. I have found Ms. Ritter to be a skilled attorney and a person of integrity. She is experienced in federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Ann K. Ritter *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Ann K. Ritter, which is attached hereto as Exhibit A.

WHEREFORE, it is respectfully requested that the motion to admit Ann K. Ritter, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: November 7, 2007
      Wilmington, Delaware

Respectfully submitted,

**RIGRODSKY & LONG, P.A.**

By: _____
Seth D. Rigrodsky (SR-9430)
919 North Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

*Attorney for Plaintiff*

SWORN TO AND SUBSCRIBED
BEFORE ME this 6th day of November, 2007.

_____
Notary Public

**NOAH R. WORTMAN
NOTARY PUBLIC
STATE OF DELAWARE**

My Commission Expires: **My Commission Expires April 4, 2008**

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of TELIK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL M. WICK, CYNTHIA M. BUTITTA, MARC L. STEUER, EDWARD W. CANTRALL, ROBERT W. FRICK, STEVEN R. GOLDRING, MARY ANN GRAY, RICHARD B. NEWMAN, STEFAN RYSER, REINALDO F. GOMEZ, GAIL L. BROWN, and HERWIG VON MORZE,<br><br>Defendants,<br><br>and<br><br>TELIK, INC.<br><br>Nominal Defendant. | Civil Action No. 07-CV-7881 (CM) |

**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

Upon the motion of Seth D. Rigrodsky, attorney for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. and said sponsor attorney's affidavit in support:

2

**IT IS HEREBY ORDERED** that

Ann K. Ritter
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel.:  (843) 216-9000
Fax:  (843) 216-9430
aritter@motleyrice.com

is admitted to practice pro hac vice as counsel for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* to the Clerk of Court.


Dated: _____, 2007           _____
       New York, New York                Colleen McMahon, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERSTE-SPARINVEST<br>KAPITALANLAGEGESELLSCHAFT<br>m.b.H., Derivatively on Behalf<br>of TELIK, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL M. WICK,<br>CYNTHIA M. BUTITTA,<br>MARC L. STEUER,<br>EDWARD W. CANTRALL,<br>ROBERT W. FRICK,<br>STEVEN R. GOLDRING,<br>MARY ANN GRAY,<br>RICHARD B. NEWMAN,<br>STEFAN RYSER,<br>REINALDO F. GOMEZ,<br>GAIL L. BROWN,<br>and HERWIG VON MORZE,<br><br>   Defendants,<br><br>  and<br><br>TELIK, INC.<br><br>   Nominal Defendant. | Civil Action No. 07-CV-7881 (CM) |

## PROOF OF SERVICE

I, Seth D. Rigrodsky, hereby certify that on November 7, 2007, I caused a true and correct copy of the following document to be served via first class mail on the counsel listed below:

Motion and [Proposed] Order to Admit Counsel *Pro Hac Vice*
Affidavit of Seth D. Rigrodsky In Support of Motion to Admit Counsel *Pro Hac Vice*

                              Jaime A. Levitt
                  MORRISON & FOERSTER LLP
                1290 Avenue of the Americas
                    New York, NY 10104

                    *Counsel for Defendants*

Dated: November 7, 2007
       Wilmington, Delaware

                                RIGRODSKY & LONG, P.A.

                              By: /s/ Seth D. Rigrodsky
                                 Seth D. Rigrodsky (SR-9430)
                                 919 North Market Street, Suite 980
                                 Wilmington, DE 19801
                                 Tel.: (302) 295-5310
                                 Fax: (302) 654-7530

                                 *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In the Matter of the Application of

HARTFORD FIRE INSURANCE COMPANY,

               Petitioner,

- against -

THE EVERGREEN ORGANIZATION, INC.,
CHARLES CARONIA, SR., GARY UPHOUSE,
CHARLES CARONIA, JR., and ANDREJS
KRUTAINIS,

               Respondents.

Civil Action No.07-CV-7977 (RJS)

**MOTION TO ADMIT PHILIP M. GILLIGAN *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher T. Bradley, a member in good standing of the bar of this Court, hereby move for an Order, on behalf of Respondents The Evergreen Organization, Inc., Charles Caronia, Sr., Gary Uphouse, Charles Caronia, Jr., and Andrejs Krutainis, allowing the admission *pro hac vice* of :

    Philip M. Gilligan
    Gilligan and Peppelman, LLP
    606 East Baltimore Pike
    Media, Pennsylvania 19063
    (610) 566-7777
    (610) 566-0808 (fax)
    pgillig@yahoo.com

Philip M. Gilligan is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Philip M. Gilligan in any State or Federal Court.

Dated: November 13, 2007
       New York, New York

Respectfully submitted,

MARSHALL, CONWAY, WRIGHT
& BRADLEY, P.C.

By: _/s/ Christopher T. Bradley_____
Christopher T. Bradley (CTB-4725)
Attorneys for The Evergreen Organization,
Inc., Charles Caronia, Sr., Gary Uphouse,
Charles Caronia, Jr., and Andrejs Krutainis
116 John Street
New York, New York  10038
(212) 619-4444
(212) 962-2647 (fax)