UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___11|2o|o7___

| | |
|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of TELIK, INC., | ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MICHAEL M. WICK, CYNTHIA M. BUTITTA, MARC L. STEUER, EDWARD W. CANTRALL, ROBERT W. FRICK, STEVEN R. GOLDRING, MARY ANN GRAY, RICHARD B. NEWMAN, STEFAN RYSER, REINALDO F. GOMEZ, GAIL L. BROWN, and HERWIG VON MORZE, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| TELIK, INC. | ) ) |
| Nominal Defendant. | ) ) |

Civil Action No. 07-CV-7881 (CM)

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Seth D. Rigrodsky, attorney for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Martha H. Rhodes
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel.: (843) 216-9000
Fax: (843) 216-9430
mrhodes@motleyrice.com

is admitted to practice pro hac vice as counsel for Erste-Sparinvest Kapitalanlagegesellschaft m.b.H. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the *pro hac vice* to the Clerk of Court.

Dated: November, 20, 2007
        New York, New York

_____
Colleen McMahon, U.S.D.J.