## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

ERSTE-SPARINVEST
KAPITALANLAGEGESELLSCHAFT
m.b.H., Derivatively on Behalf
of TELIK, INC.,

      Plaintiff,

      v.

MICHAEL M. WICK,
CYNTHIA M. BUTITTA,
MARC L. STEUER,
EDWARD W. CANTRALL,
ROBERT W. FRICK,
STEVEN R. GOLDRING,
MARY ANN GRAY,
RICHARD B. NEWMAN,
STEFAN RYSER,
REINALDO F. GOMEZ,
GAIL L. BROWN,
and HERWIG VON MORZE,

      Defendants,

   and

TELIK, INC.

      Nominal Defendant.

Civil Action No. 07-CV-7881 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

    Upon the motion of Seth D. Rigrodsky, attorney for Erste-Sparinvest

Kapitalanlagegesellschaft m.b.H. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

Ann K. Ritter
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC  29464
Tel.:  (843) 216-9000
Fax:  (843) 216-9430
aritter@motleyrice.com

is    admitted    to    practice    pro    hac    vice    as    counsel    for    Erste-Sparinvest

Kapitalanlagegesellschaft m.b.H. in the above captioned case in the United States District

Court for the Southern District of New York.  All attorneys appearing before this Court

are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel

shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* to the Clerk of Court.

Dated: November 20 , 2007
New York, New York

Colleen McMahon, U.S.D.J.