UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ERSTE-SPARINVEST KAPITALANLAGEGESELLSCHAFT m.b.H., Derivatively on Behalf of TELIK, INC., | ) ) ) ) ) | Electronically Filed |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 07-CV-7881 (CM) (ECF Case) |
| MICHAEL M. WICK, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| TELIK, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

**PROOF OF SERVICE**

I, Seth D. Rigrodsky, hereby certify that on January 30, 2008, I caused a true and correct copy of the following documents to be filed via electronic transmission with the Clerk of Court using the CM/ECF system and served via e-mail and first class mail on the non-ECF participating counsel listed below:

Plaintiff's Motion to Voluntary Dismiss the Action
Order of Voluntary Dismissal

Jaime A. Levitt
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, NY  10104

*Counsel for Defendants*

Dated:  January 30, 2008
       Wilmington, Delaware

                                 **RIGRODSKY & LONG, P.A.**

By: _____
     Seth D. Rigrodsky (SR-9430)
     919 North Market Street, Suite 980
     Wilmington, DE 19801
     Tel.: (302) 295-5310
     Fax: (302) 654-7530

*Attorney for Plaintiff*